**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

JAIME MAZZO,

    Plaintiff,

v.

                                                    CASE NO.: 2:18-cv-14056-RLR

REGIONAL ACCEPTANCE
CORPORATION,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** JAIME MAZZO, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JAIME MAZZO, and Defendant, REGIONAL ACCEPTANCE CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 25th day of April, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

*/s/Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*